# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KARMIN M. HOOVER  
3115 DAVENPORT ST. #7  SSN-xxx-xx-2795  
OMAHA, NE  68131

Case Number: 07-71978

Case filed on: 8/21/2007  
Plan Confirmed on: 1/28/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,238.42       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 772.28 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 772.28 | 0.00 |
| 999 | KARMIN M. HOOVER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MORGAN AUTO SALES | 1,394.95 | 1,394.95 | 1,258.86 | 52.35 |
|  | Total Secured | 1,394.95 | 1,394.95 | 1,258.86 | 52.35 |
| 002 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AAA INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACE CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACME CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACS COLLECTION DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ADVANCE CASH EXPRESS | 800.00 | 800.00 | 0.00 | 0.00 |
| 009 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICASH LOANS LLC | 2,593.16 | 2,593.16 | 0.00 | 0.00 |
| 012 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COAST TO COAST FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDIT DATA RESOURCES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECMC | 11,578.15 | 11,578.15 | 0.00 | 0.00 |
| 022 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HELVEY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 141.30 | 141.30 | 0.00 | 0.00 |
| 026 | NATIONAL RECOVERIES | 134.72 | 134.72 | 0.00 | 0.00 |
| 027 | B-REAL LLC | 304.00 | 304.00 | 0.00 | 0.00 |
| 028 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NICOR GAS | 348.51 | 348.51 | 0.00 | 0.00 |
| 030 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PRESIDIO / CM | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | R & B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE AGENCY INC | 2,366.05 | 2,366.05 | 0.00 | 0.00 |
| 035 | RRCA ACCOUNTS MANAGEMENT INC | 407.43 | 407.43 | 0.00 | 0.00 |
| 036 | STATE COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SWEDISH AMERICAN EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SWEDISH AMERICAN HOSPITAL | 2,898.14 | 2,898.14 | 0.00 | 0.00 |
| 039 | THE AFFILIATED GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | TITLE CASH OF ILLINOIS | 754.35 | 754.35 | 0.00 | 0.00 |
| 041 | COMED CO | 600.87 | 600.87 | 0.00 | 0.00 |
| 042 | UCB COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | UNITED CREDIT SERVICE INC | 616.00 | 616.00 | 0.00 | 0.00 |
| 044 | CHECK IT | 292.92 | 292.92 | 0.00 | 0.00 |
|  | Total Unsecured | 23,835.60 | 23,835.60 | 0.00 | 0.00 |
|  | Grand Total: | 28,230.55 | 28,230.55 | 2,031.14 | 52.35 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $2,083.49 |
| Trustee Allowance: | $154.93 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>09/26/2008</u>          By  <u>/s/Heather M. Fagan</u>